IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**LaPHONSE AKILIO TREMANE YOUNG,**          :

    **Plaintiff,**                                                  :

**vs.**                                                                :          **CIVIL ACTION 04-0606-BH-L**

**EDWARD A. EVERSMAN, et al.,**              :

    **Defendants.**                                         :

### ORDER

This matter is before the court on plaintiff's motion to amend complaint (Doc. 10) in which he seeks to have his complaint (Doc. 1) reflect the fact that this is a *Bivens* action even though he used the court's form for a § 1983 complaint.  Plaintiff's motion is **GRANTED**.

In addition, plaintiff filed a motion to effect service on defendants (Doc. 9).  Plaintiff's motion is **DENIED** at this time.  Plaintiff's complaint as amended is required to be screened pursuant to 28 U.S.C. § 1915(e)(2)(B)[1] before defendants are served.  Plaintiff's complaint will be screened as the

---

[1]Section 1915(e)(2)(B) provides:

(2)  Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that --
    (A)  the allegation of poverty is untrue; or
    (B)  the action or appeal –
        (i) is frivolous or malicious;
        (ii) fails to state a claim on which relief may be granted; or
        (iii) seeks monetary relief against a defendant who is immune from such relief.

court's resources and workload permit.  Plaintiff will be advised of any action the court takes.

      **DONE and ORDERED** this 30th day of June, 2005.

                          /s/ Kristi D. Lee
                          **KRISTI D. LEE**
                          **UNITED STATES MAGISTRATE JUDGE**