IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LaPHONSE AKILO TREMANE YOUNG         :

    Plaintiff,                                        :

vs.                                                              :      CIVIL ACTION 04-0606-BH-D

EDWARD A. EVERSMAN, et al.,              :

    Defendants.                                  :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that, prior to service of process, the claims against defendants Deputy United States Marshal Wesley Davis, United States Marshals Service, Mobile County Metro Jail, and Sheriff Jack S. Tillman be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and the claims against defendants Deputy United States Marshal Marsha H. Lewis and Cliff LaBarge, Marshal William S. Taylor, and Unknown United States Marshals be dismissed without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). It is further **ORDERED** that plaintiff's second motion to amend (Doc. 16) be and is hereby **GRANTED** to the extent that the claims against the federal officials will proceed under

*Bivens* and the claims against state officials will proceed under § 1983.

**DONE** this 15th day of August, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
