# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LaPHONSE AKILO TREMANE YOUNG : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 04-0606-BH-D |
| EDWARD A. EVERSMAN, et al., : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that, prior to service of process, the claims against defendants Deputy United States Marshal Wesley Davis, United States Marshals Service, Mobile County Metro Jail, and Sheriff Jack S. Tillman be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and the claims against defendants Deputy United States Marshals Marsha H. Lewis and Cliff LaBarge, Marshal William S. Taylor, and Unknown United States Marshals be dismissed without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  It is further **ORDERED** that plaintiff's second motion to amend (Doc. 16) be and is hereby **GRANTED** to the extent that the claims against the federal officials will proceed under *Bivens* and the claims against state officials will proceed under § 1983.

**DONE** this 15th day of August, 2005.

                                                                                 s/ W. B. Hand
                                                        SENIOR DISTRICT JUDGE